### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMAL NICHOLAS NIX                                                                    PETITIONER
ADC #151912

5:14CV00173 KGB/HDY

RAY HOBBS                                                                            RESPONDENT
Director, Arkansas Department of Correction

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or

other non-testimonial evidence desired to be introduced at
the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Petitioner Jamal Nicholas Nix, in inmate at the Arkansas Department of Correction's

Cummins Unit, filed this petition for a writ of *habeas corpus* on May 1, 2014.  On May 5, 2014, the

Court entered an order finding that Petitioner was not entitled to *in forma pauperis* status, and he

was ordered to pay the $5.00 filing fee within 30 days (docket entry #3).  That order also warned

Petitioner that his failure to comply would result in the recommended without prejudice dismissal

of his petition.

More than 30 days have passed, and Petitioner has not paid the filing fee as ordered.  Under

these circumstances, the Court concludes that the petition should be dismissed without prejudice for

failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond

to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have

inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is

reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.	Petitioner's petition be DISMISSED WITHOUT PREJUDICE for failure to pay the

filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.	The Court certify that an *in forma pauperis* appeal taken from the order and judgment

dismissing this action is considered frivolous and not in good faith.

DATED this __16__ day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE